# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENI GROUP, LLC<br><br>PLAINTIFF(S)<br><br>v.<br><br>TIKTOK, INC., et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>8:24−cv−00289−KES<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

____         ____         ____

Date Filed      Doc. No.      Title of Doc.

**ERROR(S) WITH DOCUMENT:**

No Notice of Interested Parties has been filed. A Notice of Interested Parties must be filed with every party's first appearance. See Local Rule 7.1−1. Counsel must file a Notice of Interested Parties immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83−7.

*Other Error(s):*

Clerk, U.S. District Court

Dated: February 13, 2024         By: /s/ *Luz Hernandez  luz_hernandez@cacd.uscourts.gov*
                                              Deputy Clerk