| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | CLEAR FORM |
|---|---|
| Scott L Nielson (CA State Bar No. 262169) <br> Law office of Scott L Nielson <br> 1106 Second Street, Ste 550 <br> Encinitas, CA 92024 <br> Telephone: (760) 334-8350 <br> Email: scott@scottnielson.com | |
| ATTORNEY(S) FOR: VENI GROUP, LLC | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| VENI GROUP, LLC <br><br> Plaintiff(s), <br> v. <br> TIKTOK, INC. , et al. <br><br> Defendant(s) | CASE NUMBER: <br> 8:24-cv-00289-KES <br><br> CERTIFICATION AND NOTICE <br> OF INTERESTED PARTIES <br> (Local Rule 7.1-1) |
|---|---|

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for                     VENI GROUP, LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| VENI GROUP, LLC | Plaintiff |
| TIKTOK, INC. | Defendant |
| BYTEDANCE, INC. | Defendant |
| ALIBABA GROUP USA | Defendant |
| AMAZON.COM, INC. | Defendant |
| EBAY, INC. | Defendant |
| WHALECO, INC. | Defendant |
| CONTEXTLOGIC INC. | Defendant |
| EVERYMARKET Inc. | Defendant |
| PIXALSOFT, INC. | Defendant |
| SHEIN, Inc. | Defendant |

| 02/13/2024 | /Scott L Nielson/ |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Scott L Nielson

| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | CLEAR FORM |
|---|---|
| Scott L Nielson (CA State Bar No. 262169)<br>Law office of Scott L Nielson<br>1106 Second Street, Ste 550<br>Encinitas, CA 92024<br>Telephone: (760) 334-8350<br>Email: scott@scottnielson.com | |
| ATTORNEY(S) FOR: VENI GROUP, LLC | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| VENI GROUP, LLC<br><br>                                Plaintiff(s),<br>     v.<br>TIKTOK, INC. , et al.<br><br>                                Defendant(s) | CASE NUMBER:<br>8:24-cv-00289-KES<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for          Plaintiff VENI GROUP, LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| SHEIN TECHNOLOGY, LLC | Defendant |
| RUMBLE GEM, LLC | Defendant |
| Michelle Lam | Defendant |
| MERCARI, Inc. | Defendant |
| POSHMARK, Inc. | Defendant |
| BONANZA, Inc. | Defendant |
| WALMART, Inc. | Defendant |
| DHGATE | Defendant |
| PARTS QUICK, LLC | Defendant |
| TSRETE, Inc. | Defendant |
| TRUE CAPITAL SOLUTIONS, LLC | Defendant |

| 02/13/2024 | /Scott L Nielson/ |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Scott L Nielson

NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Scott L Nielson (CA State Bar No. 262169)
Law office of Scott L Nielson
1106 Second Street, Ste 550
Encinitas, CA 92024
Telephone: (760) 334-8350
Email: scott@scottnielson.com

CLEAR FORM

ATTORNEY(S) FOR: VENI GROUP, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

VENI GROUP, LLC

Plaintiff(s),

v.

TIKTOK, INC., et al.

Defendant(s)

CASE NUMBER:

8:24-cv-00289-KES

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO:  THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Plaintiff VENI GROUP, LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| AMMIRATI BIZ, LLC | Defendant |
| BALTIMORE REGIONAL HOUSING PARTNERSHIP, INC. | Defendant |
| WANT MART, LLC | Defendant |
| JINGDONG E-COMMERCE, Ltd. | Defendant |
| BEAUTIFEYE LASH BOUTIQUE, LLC | Defendant |
| CHANDRAS BLING BLING, LLC | Defendant |
| Chandra Martinez | Defendant |
| THE ORIGINAL ABBA BOOKS, LLC | Defendant |
| BTK CONCESSIONS, LLC | Defendant |
| KANSAMY, LLC | Defendant |

02/13/2024
Date

/Scott L Nielson/
Signature

Attorney of record for (or name of party appearing in pro per):

Scott L Nielson

NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Scott L Nielson (CA State Bar No. 262169)
Law office of Scott L Nielson
1106 Second Street, Ste 550
Encinitas, CA 92024
Telephone: (760) 334-8350
Email: scott@scottnielson.com

ATTORNEY(S) FOR: VENI GROUP, LLC

CLEAR FORM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENI GROUP, LLC<br><br>Plaintiff(s),<br>v.<br>TIKTOK, INC. , et al.<br><br>Defendant(s) | CASE NUMBER:<br><br>8:24-cv-00289-KES<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for     Plaintiff VENI GROUP, LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| CHC PARTNERS, LLC | Defendant |
| ESMT CONSULTING, LLC | Defendant |
| FEMALE FINANCIAL, LLC | Defendant |
| THE ZAZE, LLC | Defendant |
| TESCA ENTERPRISE, LLC | Defendant |
| Does 1-200 | Defendants |

02/13/2024
Date

/Scott L Nielson/
Signature

Attorney of record for (or name of party appearing in pro per):

Scott L Nielson