Scott L Nielson (CA Bar 262169)
Law Office of Scott L Nielson
1106 Second Street, #550
Encinitas, CA 92024
Phone: (760) 334-8350
Email: esq@scottnielson.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| VENI GROUP, LLC | CASE NUMBER |
|---|---|
| Plaintiff(s), | 8:24-cv-00289-JVS (MARx) |
| v. | |
| TIKTOK, Inc., et al. | NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑ **ONLY** Defendant(s) ALIBABA Group USA, WhaleCo, Inc, ContextLogic, Inc., Shein, Inc. Shein Technology, LLC, Walmart, Inc., DHGate is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by Plaintiff, without prejudice.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| 5/8/2024 | /Scott L Nielson/ |
|---|---|
| *Date* | *Signature of Attorney/Party* |

NOTE:  **F.R.Civ.P. 41(a):** *This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

**F.R.Civ.P. 41(c):** *Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*