1  DANIEL E. PARK, State Bar No. 174524
   dpark@parkllp.law
2  JASON H. WOLTMAN, State Bar No. 314122
   jason@parkllp.law
3  WIL J. RIOS, State Bar No. 342653
   wil@parkllp.law
4  MAHARI TECLEZGHI, State Bar No. Pending
   mahari@parkllp.law
5
   **PARK LLP**
6  201 N. Brand Blvd., Suite 200
   Glendale, CA 91203
7  Telephone:  (213) 616-7438
   Facsimile:   (818) 484-3325
8
9  Attorneys for Defendant
   EVERYMARKET INC.
10

11            **UNITED STATES DISTRICT COURT FOR**

12            **THE CENTRAL DISTRICT OF CALIFORNIA**

13  VENI GROUP, LLC, a North Carolina Limited
    Liability Company,
14
15                              Plaintiff,          Case No.: 8:24-cv-289

16         vs.                                      *[Assigned for all purposes to the Hon.*
                                                    James V. Selna]*
17
    EVERYMARKET INC., PIXALSOFT, INC.               **DEFENDANT EVERYMARKET**
18  For TrueGether.com, RUMBLE GEM, LLC,            **INC.'S ANSWER TO PLAINTIFF'S**
    Michelle Lam, PARTS QUICK, LLC,                 **FIRST AMENDED COMPLAINT**
19  TSRETE, Inc, TRUE CAPITAL SOLUTIONS,
    LLC, AMMIRATI BIZ, LLC, WANT MART,              Action filed: 02/12/2024
20  LLC, BEAUTIFEYE LASH BOUTIQUE LLC,
    THE ORIGINAL ABBA BOOKS, LLC, BTK
21  CONCESSIONS, LLC, KANSAMY, LLC,
    ESMT CONSULTING, LLC, FEMALE
22  FINANCIAL, LLC, THE ZAZE, LLC, TESCA
    ENTERPRISE, LLC, MANCHESTERHUB,
23  LTD., YOUR VOICE YOUR CHOICE, Inc.
    Does 1-8, unknown fictious persons at the time
24  of filing
25
                              Defendants.
26
27
28

                                   **1**
    **DEFENDANT EVERYMARKET INC.'S ANSWER TO PLAINTIFF'S FIRST AMENDED**
                              **COMPLAINT**

## DEFENDANT'S ANSWER TO PLAINTIFF'S INTRODUCTION

Defendant Everymarket Inc. ("Defendant" or "Everymarket") state for its Answer to the First Amended Complaint by Veni Group, LLC. ("Plaintiff" or "Veni Group") on July 12, 2024, as follows:

1.  Defendant denies the allegations in paragraph 1.

2.  Defendant denies the allegations in paragraph 2.

3.  Defendant lacks sufficient knowledge to affirm or deny the allegations in paragraph 3.

4.  Defendant admits the allegations in paragraph 4.

5.  Defendant lacks sufficient knowledge to affirm or deny the allegations in paragraph 5.

6.  Defendant lacks sufficient knowledge to affirm or deny the allegations in paragraph 6.

7.  Defendant lacks sufficient knowledge to affirm or deny the allegations in paragraph 7.

8.  Defendant lacks sufficient knowledge to affirm or deny the allegations in paragraph 8.

9.  Defendant lacks sufficient knowledge to affirm or deny the allegations in paragraph 9.

10. Defendant lacks sufficient knowledge to affirm or deny the allegations in paragraph 10.

11. Defendant lacks sufficient knowledge to affirm or deny the allegations in paragraph 11.

12. Defendant lacks sufficient knowledge to affirm or deny the allegations in paragraph 12.

13. Defendant lacks sufficient knowledge to affirm or deny the allegations in paragraph 13.

14. Defendant lacks sufficient knowledge to affirm or deny the allegations in paragraph 14.

15. Defendant lacks sufficient knowledge to affirm or deny the allegations in paragraph 15.

16. Defendant lacks sufficient knowledge to affirm or deny the allegations in paragraph 16.

17. Defendant lacks sufficient knowledge to affirm or deny the allegations in paragraph 17.

18. Defendant lacks sufficient knowledge to affirm or deny the allegations in paragraph 18.

19. Defendant lacks sufficient knowledge to affirm or deny the allegations in paragraph 19.

20. Defendant lacks sufficient knowledge to affirm or deny the allegations in paragraph 20.

21. Defendant lacks sufficient knowledge to affirm or deny the allegations in paragraph 21.

22. Defendant lacks sufficient knowledge to affirm or deny the allegations in paragraph 22.

23. Defendant lacks sufficient knowledge to affirm or deny the allegations in paragraph 23.

24. Defendant denies the allegations in paragraph 24.

**DEFENDANT EVERYMARKET INC.'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

1    25. Defendant denies all the allegations in paragraph 25.

2    26. Defendant denies all the allegations in paragraph 26.

3    27. Defendant denies all the allegations in paragraph 27.

4    28. Defendant denies all the allegations in paragraph 28.

5    29. Defendant lacks sufficient knowledge to affirm or deny the allegations in paragraph 29.

6    30. Defendant lacks sufficient knowledge to affirm or deny the allegations in paragraph 30.

7    31. Defendant lacks sufficient knowledge to affirm or deny the allegations in paragraph 31.

8    32. Defendant lacks sufficient knowledge to affirm or deny the allegations in paragraph 32.

9    33. Defendant lacks sufficient knowledge to affirm or deny the allegations in paragraph 33.

10    34. Defendant lacks sufficient knowledge to affirm or deny the allegations in paragraph 34.

11    35. Defendant lacks sufficient knowledge to affirm or deny the allegations in paragraph 35.

12    36. Defendant lacks sufficient knowledge to affirm or deny the allegations in paragraph 36.

13    37. Defendant lacks sufficient knowledge to affirm or deny the allegations in paragraph 37.

14    38. Defendant lacks sufficient knowledge to affirm or deny the allegations in paragraph 38.

15    39. Defendant lacks sufficient knowledge to affirm or deny the allegations in paragraph 39.

16    40. Defendant denies the allegations in paragraph 40.

17    41. Defendant denies the allegations in paragraph 41.

18    42. Defendant denies the allegations in paragraph 42.

19    43. Defendant denies the allegations in paragraph 43.

20    44. Defendant denies the allegations in paragraph 44.

21    45. Defendant lacks sufficient knowledge to affirm or deny the allegations in paragraph  45.

22    46. Defendant lacks sufficient knowledge to affirm or deny the allegations in paragraph  46.

23    47. Defendant denies the allegations in paragraph 47.

24    48. Defendant denies the allegations in paragraph 48.

25    49. Defendant admits the allegations in paragraph 49.

26    50. Defendant denies the allegations in paragraph 50.

27    51. Defendant denies the allegations in paragraph 51.

28    52. Defendant denies the allegations in paragraph 52.

**3**

**DEFENDANT EVERYMARKET INC.'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

53. Defendant denies the allegations in paragraph 53.

54. Defendant denies the allegations in paragraph 54.

55. Defendant denies the allegations in paragraph 55.

56. Defendant denies the allegations in paragraph 55.

57. Defendant denies the allegations in paragraph 57.

58. Defendant denies the allegations in paragraph 58.

59. Defendant denies the allegations in paragraph 59.

60. Defendant denies the allegations in paragraph 60.

61. Defendant denies the allegations in paragraph 61.

62. Defendant denies the allegations in paragraph 62.

63. Defendant denies the allegations in paragraph 63.

64. Defendant denies the allegations in paragraph 64.

65. Defendant denies the allegations in paragraph 65.

66. Defendant denies the allegations in paragraph 66.

67. Defendant denies the allegations in paragraph 67.

68. Defendant lacks sufficient knowledge to affirm or deny the allegations in paragraph 68.

69. Defendant lacks sufficient knowledge to affirm or deny the allegations in paragraph 69.

70. Defendant lacks sufficient knowledge to affirm or deny the allegations in paragraph 70.

71. Defendant lacks sufficient knowledge to affirm or deny the allegations in paragraph 71.

72. Defendant denies the allegations in paragraph 72.

73. Defendant denies the allegations in paragraph 73.

74. Defendant denies the allegations in paragraph 74.

75. Defendant denies the allegations in paragraph 75.

76. Defendant denies the allegations in paragraph 76.

77. Defendant denies the allegations in paragraph 77.

78. Defendant denies the allegations in paragraph 78.

79. Defendant denies the allegations in paragraph 79.

80. Defendant lacks sufficient knowledge to affirm or deny the allegations in paragraph 80.

**DEFENDANT EVERYMARKET INC.'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

81. Defendant denies the allegations in paragraph 81.

82. Defendant denies the allegations in paragraph 82.

83. Defendant denies the allegations in paragraph 83.

84. Defendant denies the allegations in paragraph 84.

85. Defendant denies the allegations in paragraph 85.

86. Defendant denies the allegations in paragraph 86.

87. Defendant denies the allegations in paragraph 87.

88. Defendant denies the allegations in paragraph 88.

89. Defendant denies the allegations in paragraph 89.

90. Defendant denies the allegations in paragraph 90.

91. Defendant denies the allegations in paragraph 91.

92. Defendant lacks sufficient knowledge to affirm or deny the allegations in paragraph 92.

93. Defendant denies the allegations in paragraph 93.

94. Defendant denies the allegations in paragraph 94.

95. Defendant denies the allegations in paragraph 95.

96. Defendant denies the allegations in paragraph 96.

97. Defendant denies the allegations in paragraph 97.

98. Defendant denies the allegations in paragraph 98.

99. Defendant denies the allegations in paragraph 99.

100.    Defendant denies the allegations in paragraph 100.

101.    Defendant denies the allegations in paragraph 101.

102.    Defendant denies the allegations in paragraph 102.

103.    Defendant denies the allegations in paragraph 103.

104.    Defendant denies the allegations in paragraph 104.

105.    Defendant denies the allegations in paragraph 105.

106.    Defendant denies the allegations in paragraph 106.

107.    Defendant denies the allegations in paragraph 107.

108.    Defendant denies the allegations in paragraph 108.

**DEFENDANT EVERYMARKET INC.'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

109.   Defendant denies the allegations in paragraph 109.

110.   Defendant denies the allegations in paragraph 110.

111.   Defendant denies the allegations in paragraph 111.

112.   Defendant denies the allegations in paragraph 112.

113.   Defendant denies the allegations in paragraph 113.

114.   Defendant denies the allegations in paragraph 114.

115.   Defendant denies the allegations in paragraph 115.

116.   Defendant denies the allegations in paragraph 116.

117.   Defendant denies the allegations in paragraph 117.

118.   Defendant denies the allegations in paragraph 118.

119.   Defendant denies the allegations in paragraph 119.

120.   Defendant denies the allegations in paragraph 120.

121.   Defendant denies the allegations in paragraph 121.

122.   Defendant denies the allegations in paragraph 122.

123.   Defendant lacks sufficient knowledge to affirm or deny the allegations in paragraph
   123.

124.   Defendant denies the allegations in paragraph 124.

125.   Defendant denies the allegations in paragraph 125.

126.   Defendant denies the allegations in paragraph 126.

127.   Defendant denies the allegations in paragraph 127.

128.   Defendant denies the allegations in paragraph 128.

129.   Defendant denies the allegations in paragraph 129.

130.   Defendant denies the allegations in paragraph 130.

131.   Defendant denies the allegations in paragraph 131.

132.   Defendant denies the allegations in paragraph 132.

## AFFIRMATIVE DEFENSES

Defendants hereby assert the following Affirmative Defenses in this case:

**DEFENDANT EVERYMARKET INC.'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

1

**FIRST AFFIRMATIVE DEFENSES**

2

**(Failure to State a Claim)**

3

    1.    The First Amended Complaint fails to state a claim upon which relief can be granted.

4

**SECOND AFFIRMATIVE DEFENSES**

5

**(No Violation Of A Legal Duty)**

6

    2.    The First Amended Complaint is barred, in whole or in part, because Defendant did

7

not violate any legal duty owed to Plaintiff.

8

**THIRD AFFIRMATIVE DEFENSES**

9

**(Good Faith)**

10

    3.    The First Amended Complaint, in whole or in part, is barred because Defendant

11

undertook any challenged acts or omissions, in part or in total, in good faith and in conformity with

12

applicable orders, rulings, regulations, and/or interpretations.

13

**FOURTH AFFIRMATIVE DEFENSES**

14

**(Waiver)**

15

    4.    The First Amended Complaint is barred, in whole or in part, by the doctrine of

16

waiver.

17

**FIFTH AFFIRMATIVE DEFENSES**

18

**(Laches)**

19

    5.    The First Amended Complaint is barred, in whole or in part, by the doctrine of

20

laches.

21

**SIXTH AFFIRMATIVE DEFENSES**

22

**(Unclean Hands)**

23

    6.    The First Amended Complaint is barred, in whole or in part, by the doctrine of

24

unclean hands.

25

**SEVENTH AFFIRMATIVE DEFENSES**

26

**(Impossibility by Operation of Law)**

27

    7.    The First Amended Complaint is barred, in whole or in part, by the doctrine of

28

impossibility of performance by operation of law.

**DEFENDANT EVERYMARKET INC.'S ANSWER TO PLAINTIFF'S FIRST AMENDED
COMPLAINT**

1

## EIGHTH AFFIRMATIVE DEFENSES

2

### (Statutes of Limitations)

3    8.    The First Amended Complaint is barred, in whole or in part, by applicable statutes of

4    limitation.

5

## NINTH AFFIRMATIVE DEFENSES

6

### (No Standing)

7    9.    The First Amended Complaint is barred because Plaintiff lacks standing.

8

## TENTH AFFIRMATIVE DEFENSES

9

### (Mootness)

10    10.    The First Amended Complaint is barred, in whole or in part, because some or all of

11    the allegations or claims in the First Amended Complaint are moot.

12

## ELEVENTH AFFIRMATIVE DEFENSE

13

### (Unjust Enrichment)

14    11.    Any recovery by Plaintiff on the First Amended Complaint against Defendant would

15    be unfair and would constitute unjust enrichment.

16

## TWELFTH AFFIRMATIVE DEFENSE

17

### (Estoppel)

18    12.    The First Amended Complaint is barred, in whole or in part, by the doctrine of

19    estoppel.

20

## THIRTEENTH AFFIRMATIVE DEFENSE

21

### (Acquiescence)

22    13.    The First Amended Complaint is barred, in whole or in part, by the doctrine of

23    acquiescence.

24

## FOURTEENTH AFFIRMATIVE DEFENSE

25

### (Conduct Not Wrongful)

26    14.    The First Amended Complaint is barred, in whole or in part, because Defendant's

27    conduct was not wrongful or otherwise unlawful.

28

## FIFTEENTH AFFIRMATIVE DEFENSE

**8**

1

**(Superseding and Intervening Acts)**

2    15.    Any damage allegedly sustained by Plaintiffs was caused, in whole or in part, by the

3    superseding and intervening acts and omissions of persons or entities for whose conduct Defendant

4    is not responsible.

5    **SIXTEENTH AFFIRMATIVE DEFENSE**

6    **(After-Acquired Evidence)**

7    16.    The First Amended Complaint is barred, in whole or in part, by the doctrine of after-

8    acquired evidence.

9    **SEVENTEENTH AFFIRMATIVE DEFENSE**

10    **(No Causation)**

11    17.    The First Amended Complaint is barred, in whole or in part, because Plaintiffs'

12    damages, if any, were not caused by Defendant.

13    **EIGHTEENTH AFFIRMATIVE DEFENSE**

14    **(No Damages)**

15    18.    Without admitting that the First Amended Complaint states a claim, there has been

16    no damage in any amount, manner, or at all by reason of any act alleged against Defendant in the

17    First Amended Complaint, and the relief prayed for in the First Amended Complaint therefore

18    cannot be granted.

19    **NINETEENTH AFFIRMATIVE DEFENSE**

20    **(Avoidable Consequences)**

21    19.    The First Amended Complaint is barred, in whole or in part, by the doctrine of

22    avoidable consequences.

23    **TWENTIETH AFFIRMATIVE DEFENSE**

24    **(Absence of Malice)**

25    20.    Any acts or omissions by Defendant, if any, were not the result of oppression, fraud,

26    or malice.

27    **TWENTY-FIRST AFFIRMATIVE DEFENSE**

28    **(No Deprivation of Constitutional Rights)**

**9**

**DEFENDANT EVERYMARKET INC.'S ANSWER TO PLAINTIFF'S FIRST AMENDED
COMPLAINT**

21.   Defendant was not the proximate cause of the Plaintiffs' alleged deprivation of a constitutionally protected right, privilege, or immunity.

## RESERVATION OF ADDITIONAL DEFENSES

Defendant reserves its right to add, delete, or modify any and all defenses which may pertain to the First Amended Complaint that are now or may become available in this action through clarification or amendment of the First Amended Complaint, through discovery, through further legal analysis of Plaintiffs' or Defendant's claims and positions in this litigation, or otherwise.

## PRAYER FOR RELIEF

**WHEREFORE**, Defendant prays that judgment be entered as follows:

A.  Plaintiffs take nothing by reason of its First Amended Complaint;

B.  The First Amended Complaint be dismissed with prejudice

C.  Defendant recovers its costs of suit, including attorneys' fees; and

D.  Defendant be awarded such other and further relief as the Court deems just and proper.

Dated:  September 30, 2024

PARK LLP

By: /s/ Daniel E. Park
Daniel E. Park, Esq.
Attorney for Defendant
EVERYMARKET INC.

10

**DEFENDANT EVERYMARKET INC.'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

# PROOF OF SERVICE

F.R.C.P. 5 / C.C.P. § 1013(a)(3), C.C.P. § 1010.6(a)(6) / Cal. R. Ct. R. 2.260

I am a resident of, or employed in, the County of Los Angeles. I am over the age of 18 and not a party to this action. My business address is: PARK LLP, 201 N. Brand Blvd., Unit 200, Glendale, CA 91203. On September 30, 2024, I served the following document(s), by the method indicated below, on the parties in this action: ***SEE ATTACHED SERVICE LIST***

## DEFENDANT EVERYMARKET INC.'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

☐ **BY U.S. MAIL**

By placing☐ the original / ☐a true copy thereof enclosed in a sealed envelope(s), with postage fully prepaid, addressed as per the attached service list, for collection and mailing at PARK LLP, 201 N Brand Blvd., Unit 200, Glendale, CA 91203, following ordinary business practices. I am readily familiar with PARK LLP's practice for collection and processing of documents for mailing. Under that practice, the document is deposited with the United States Postal Service on the same day as it is collected and processed for mailing in the ordinary course of business.

☐ **BY OVERNIGHT DELIVERY/FEDERAL EXPRESS**

By delivering the document(s) listed above in a sealed envelope(s) or package(s) designated by the express service carrier, with delivery fees paid or provided for, addressed as per the attached service list, to a facility regularly maintained by the express service carrier or to an authorized courier or driver authorized by the express service carrier to receive documents, who received these documents at 201 N Brand Blvd., Unit 200, Glendale, CA 91203.

☒ **BY ELECTRONIC SERVICE**

By electronically transmitting courtesy copies the document(s) listed above to the email address(es) of the person(s) set forth on the attached service list. Parties have agreed to electronic service in this action pursuant to California Code of Civil Procedure § 1010.6(a)(6) and LASC Local Rule 18.0(g). To my knowledge, the transmission was reported as complete and without error.

☐ **BY PERSONAL SERVICE**

☐ By causing the personal delivery and handing of the document(s) listed above to the person(s) identified on the attached service list.

☐ By personally delivering of the document(s) listed above to the office address(es) as shown on the attached service list and leaving said document(s) with a clerk or other person in charge, or if no one is in charge leaving it in a conspicuous place in the office(s).

☐ By causing the personal delivery of the document(s) listed above to the address(es) as shown on the attached service list and leaving said document(s) with someone of suitable age and discretion residing at said address(es).

☐ **BY FACSIMILE**

By transmitting the document(s) listed above from PARK LLP in Glendale, California to the facsimile machine telephone number(s) set forth on the attached service list. Service by facsimile transmission was made pursuant to agreement of the parties, confirmed in writing, or as a courtesy to the parties.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct. Executed on September 30, 2024, in Los Angeles, California.

 /s/ Mahari Teclezghi
Mahari Teclezghi
Email: mahari@parkllp.law

**DEFENDANT EVERYMARKET INC.'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

**SERVICE LIST**

| Scott Nielson (CA State Bar No. 262169)<br>Law office of Scott L Nielson<br>1106 Second Street, Ste 550<br>Encinitas, CA 92024<br>Tel: (760) 334-8350<br>Email: scott@scottnielson.com | Attorney for Plaintiff Veni Group, LLC<br><br>Via Electronic Service |
|---|---|

**DEFENDANT EVERYMARKET INC.'S ANSWER TO PLAINTIFF'S FIRST AMENDED
COMPLAINT**