Scott L Nielson (CA State Bar No. 262169)
**Law office of Scott L Nielson**
1106 Second Street, Ste 550
Encinitas, CA 92024
Telephone: (760) 334-8350
Email: scott@scottnielson.com

Attorney for Plaintiff Veni Group, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VENI GROUP, LLC,<br>Plaintiff,<br>vs.<br>TIKTOK, INC., et al<br>Defendants. | Case No. 8:24-cv-00289-JVS (JDE)<br><br>**STIPULATED MOTION TO DISMISS DEFENDANT EVERYMARKET, INC** |

**STIPULATED MOTION TO DISMISS DEFENDANT EVERYMARKET, INC**

Plaintiff VENI GROUP, LLC ("VENI") and Defendant EVERYMARKET, INC. ("EveryMarket") having engaged in settlement discussions and reached settlement, jointly agree to the following stipulation and move the Court pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure to dismiss with prejudice EveryMarket from these proceedings based upon the following:

1) On August 26, 2024, Veni filed and served its amended complaint on EveryMarket.
2) On September 30, 2024, EveryMarket answered the complaint.
3) On or before January 17, 2025, Veni and EveryMarket exchanged initial disclosures.
4) On or before January 17, 2025, Veni and EveryMarket worked together to prepare and file the Rule 26(f) conference and discovery plan.

5) After the discovery conference, Veni and EveryMarket immediately engaged in settlement discussions resulting in a fully executed and completed settlement of all claims between the parties.

As all claims between Veni and EveryMarket are resolved, pursuant to Federal Rule of Civil Procedure 41(a)(2) Veni moves the court to dismiss EveryMarket from this action. Both parties stipulate and agree that EveryMarket should be dismissed with prejudice.

IT IS SO STIPULATED.

Date: August 5, 2025 By: /Scott L Nielson/
Scott L Nielson
Attorney for Plaintiff Veni Group, LLC

Date: August 5, 2025 By: /Wil Rios/
Wil Rios
Attorney for Defendant EveryMarket, Inc.

**ORDER**

IT IS SO ORDERED. Defendant EveryMarket, Inc. is dismissed from these proceedings with prejudice.

Dated: July ___, 2026

By:______________________________

James V. Selna
U.S. District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2026, a true and correct copy of the foregoing **STIPULATED MOTION TO DISMISS DEFENDANT EVERYMARKET, INC** has been served via Pacer to all Defendants of record by filing this motion and memorandum within Pacer. *Pro se* Defendants that have communicated via email with Plaintiff's counsel will be served a copy over email (their addresses are being withheld for privacy reasons).

By:/Scott L Nielson/

Scott L Nielson
1106 Second Street, Ste 550
Encinitas, CA 92024
Telephone: 760-334-8350
e-mail: scott@scottnielson.com

*Attorney for Plaintiff*

All other defendants to this action are hereby served by posting this document to Pacer for the United States Central District docket for case number 8:24-cv-00289