Scott L Nielson (CA Bar 262169)
Law Office of Scott L Nielson
1106 Second Street, #550
Encinitas, CA 92024
Phone: (760) 334-8350
Email: esq@scottnielson.com

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VENI GROUP, LLC<br><br>Plaintiff(s),<br>v.<br>TIKTOK, Inc., et al.<br><br>Defendant(s). | CASE NUMBER<br>8:24-cv-00289-JVS (MARx) |
| | **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) ______________________ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) ______________________ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) ______________________ is dismissed by the Claimant(s) in its entirety.

☑ **ONLY** Defendant(s) Ammirati Biz, LLC, Parts Quick, LLC, TSRETE, Inc., True Capital Solutions, LLC Beautifeye Lash Boutique, LLC, BTK Concessions, LLC, Kansamy, LLC, ESMT Consulting, LLC, is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by Plaintiff, without prejudice.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

7/13/2026
*Date*

/Scott L Nielson/
*Signature of Attorney/Party*

***NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.***

***F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.***